IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CLYDE LAMAR PACE,<br><br>        Defendant. | **8:22CR90**<br><br>**ORDER** |

      This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Clyde Lamar Pace. (Filing No. 34). Julie B. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Julie B. Hansen and the Office of the Federal Public Defender's motion to withdraw (Filing No. 34) is granted.

      Brent M. Bloom, 416 South 14th Street, Omaha, NE 68102, (402) 342-2833, is appointed to represent Clyde Lamar Pace for the balance of these proceedings pursuant to the Criminal Justice Act. Julie B. Hansen shall forthwith provide Brent M. Bloom with the discovery materials provided the defendant by the government and such other materials obtained by Julie B. Hansen which are material to Clyde Lamar Pace's defense.

      The clerk shall provide a copy of this order to Brent M. Bloom and the defendant.

Dated this 24th day of June, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge