IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLYDE LAMAR PACE,<br><br>Defendant. | **8:22CR90**<br><br><br>**ORDER** |

Before the Court is non-party Sherel Hagens's Request for Transcript (Filing No. 191) of the sentencing hearing held December 1, 2023.

IT IS ORDERED:

1.    The Request for Transcript (Filing No. 191) is granted.

2.    Sherel Hagens must contact court reporter Sue DeVetter at suedevetter@yahoo.com to make arrangements for the preparation and payment of the transcript. Sherel Hagens will be responsible for that transcript cost.

3.    The Clerk's Office is directed to mail a copy of this order to Sherel Hagens at 1811 Emmet Street, Omaha, Nebraska 68110.

4.    The Clerk's Office is directed to email copies of the Request for Transcript and this Order to Sue DeVetter.

Dated this 7th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge